8991/SHV

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Third-Party Defendant Senator Lines
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNDERWRITERS at LLOYDS a/s/o YOUNGLIN B&A CO., LTD.,<br><br>       Plaintiff,<br><br>  - against -<br><br>OCEAN WORLD LINES, INC.<br><br>       Defendant. | Civil Case Number:<br><br>**PETITION FOR REMOVAL**<br>**PURSUANT TO 28 USC §§ 1446 and 1337** |

  1. Defendant/Petitioner Ocean World Lines, Inc. hereby petitions the Court pursuant to 28 USC §§ 1446 and 1337 to remove to this Court the above-captioned civil action now pending in the Supreme Court of the State of New York, County of New York, Index Number 07-108 392 filed on or about June 15, 2007. No trial has yet been had therein. Copies of the Plaintiff's Summons with Notice is attached hereto:

  2. Supreme Court for the State of New York, County of New York, Index Number 07-108 392 is one which may be removed pursuant to 28 USC §§ 1446 and 1337 because this Court has original jurisdiction pursuant to U.S.C. § 1337 in that the matter concerns a civil action or proceeding arising under the Act of Congress regulating commerce, including COSCA 46 USC pp 1300-1315, the Harter ACT 46 USC APP §§ 190 to 195.

WHEREFORE, this action now pending in the Supreme Court for the State of New York, County of New York, Index Number 07-108 392, filed on or about June 15, 2007, is properly removed pursuant to 28 USC §§ 1446 and 1337

Dated: July 24, 2007

        CICHANOWICZ, CALLAN, KEANE,
        VENGROW & TEXTOR, LLP
        Attorneys for Defendant Ocean World Lines, Inc.

By: _____
        Stephen H. Vengrow (SHV/3479)
        61 Broadway, Suite 3000
        New York, New York, 10006
        (212) 344-7042

To: Cozen O'Connor
    James F. Campise, Esq.
    Attorney for Plaintiff
    45 Broadway, 16th Floor
    New York, New York 10006
    (212) 509-9400

## CERTIFICATE OF SERVICE BY REGULAR U.S. MAIL

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On July 24, 2007, I served a complete copy of **Defendant Ocean World Lines, Inc.'s Petition for Removal pursuant to 28 USC §§ 1446 and 1337** to the following attorneys by regular U.S. mail at the following address:

TO: Cozen O'Connor
James F. Campise, Esq.
Attorneys for Plaintiff
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400

*M. Johnson*
Maria Johnson

DATED:   July 24, 2007
         New York, New York