# Attachment

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x

Underwriters At Lloyds a/s/o Younglim B & A Co., Ltd.

                Plaintiff,

      -against-

Ocean World Lines, Inc.

               Defendant.

-----------------------------------------------------------------x

Index No.: 07-108392
Date Purchased:

Plaintiff designates New York County as the place of trial.
The basis of venue is Defendant's Place of Business.

**SUMMONS WITH NOTICE**
Defendant's Place of Business is listed below.

To the above named Defendant:

You are hereby summoned to answer the complaint in this action and serve a copy of your answer, or, if the complaint is not served with this summons, to serve notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
        June 15, 2007

COZEN O'CONNOR

By: James F. Campise, Esq.
COZEN O'CONNOR
Attorneys for Plaintiff
45 Broadway, 16th Floor
New York, New York
(212) 509-9400

Defendant's address:
Esa Radoucic
Ocean World Line
1981 Marcus Avenue
Lake Success, NY 11042

NEW YORK
COUNTY CLERK'S OFFICE

JUN 15 2007

NOT COMPARED
WITH COPY FILE

**NOTICE:** The nature of this action is a contractual dispute between the parties involving a shipment of cargo consisting of 20 bags of chemicals and relates to the following Bills of Lading:

N06S003560ZZ   ECMU4017689 WET DAMAGE

The cause of action asserted against Defendant is: (i) Breach of Contract; (ii) Negligence (iii) Gross Negligence (iiii) Breach of Bailment.

The relief sought is monetary damage in an amount of $11,689.50 with interest thereon from May 22, 2006 Upon failure to appear, judgment will be taken against you by default for the sum of $11,689.50 with interest from May 22, 2006, as well as reasonable counsel fees and disbursements and costs of this action.