JUDGE CROTTY                                   07 CV  6628

8991/SHV

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Third-Party Defendant Senator Lines
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042



JUL 24 2007
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNDERWRITERS at LLOYDS a/s/o
YOUNGLIN B&A CO., LTD.

    Plaintiff,

- against -

OCEAN WORLD LINES, INC.

    Defendant.

---

Index number: 07-108 392

**RULE 7.1 STATEMENT**

Pursuant to the provisions of Fed. R. Civ. P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Ocean World Lines, Inc. certifies upon information and belief that Defendant Ocean World Lines, Inc. has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
       July 24, 2007

                          Respectfully submitted,

                          CICHANOWICZ, CALLAN, KEANE,
                          VENGROW & TEXTOR, LLP
                          Attorneys for Defendant American Export Lines

By: _____/s/ Stephen H. Vengrow_____
                          Stephen H. Vengrow (SHV/3470)
                          61 Broadway, Suite 3000
                          New York, New York 10006
                          (212) 344-7042