8991/SHV

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant Ocean World Lines
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNDERWRITERS At LLOYDS a/s/o YOUNGLIN B & A Co., Ltd., <br><br>                    Plaintiff,<br> -against-<br><br>OCEAN WORLD LINES, INC.<br><br>                    Defendant.<br><br>―――――――――――――――<br>OCEAN WORLD LINES, INC.<br><br>           Third-Party Plaintiff,<br><br> -against-<br><br>ANL CONTAINR LINE PTY LIMITED t/a ANL; ANL SINGAPORE PTE LTD.<br><br>           Third-Party Defendants. | Civil Case Numbe4r 07 Civ. 6628<br>Judge Crotty<br><br>**THIRD PARTY SUMMONS** |

To the above named Third Party Defendants:

YOU ARE HEREBY SUMONED and required to serve upon Cozen O'Connor for plaintiffs, whose address is 45 Broadway, 16th Floor, New York, New York 10006, and upon Cichanowicz, Callan, Keane Vengrow & Textor, LLP attorneys for Defendant and Third-Party Defendant Ocean World Lines, Inc. an Answer to the Third-Party Complaint which is herewith

served upon you within 20 days after the service of this Third-Party Summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Third-Party Complaint. There is also served upon you herewith a copy of the Summons with Notice of the Plaintiffs which pursuant to Rule 14c of the Federal Rules of Civil Procedure you are required to answer.

J. MICHAEL McMAHON

CLERK OF THE COURT

_____
DEPUTY CLERK

[Seal of Court]

Date: AUG 0 3 2007

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury that he following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On August 2, 2007, I served the foregoing **THIRD-PARTY SUMMONS** by mailing true and complete copies of same to the following attorney at his indicated office address:

Cozen O'Connor
James F. Campise, Esq.
Attorney for Plaintiff
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400

Maria Johnson

DATED:   August 2, 2007

Attorney: CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP

UNDERWRITERS AT LLOYDS A/S/O YOUNGLIN B & A CO., LTD.

Plaintiff(s)

- against -

OCEAN WORLD LINES, INC.

Defendant(s)

- against -

AND ALL OTHER ACTIONS

3rd Party Defendant(s)

Index # 07 CIV 6628

Purchased August 3, 2007
File # 8991/SHV

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 12, 2007 at 01:34 PM at

NORTON LILLY INTERNATIONAL
TRAFFIC IMPORTS DEPARTMENT
1 CRAIGWOOD ROAD
SOUTH PLAINFIELD, NJ07090

deponent served the within 3RD PARTY SUMMONS & 3RD PARTY COMPLAINT on ANL SINGAPORE PTE LTD. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to DONALD TRAYNOR personally, deponent knew said corporation so served to be the corporation described in said 3RD PARTY SUMMONS & 3RD PARTY COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GRAY/BALDING | 58 | 5'5 | 160 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: September 13, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

DAN KNIGHT

Invoice #: 445649

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728