8991/SHV
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant Ocean World Lines, Inc.
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNDERWRITERS at LLOYDS a/s/o YOUNGLIN B&A CO., LTD.<br><br>Plaintiff,<br><br>- against -<br><br>OCEAN WORLD LINES, INC.<br><br>Defendant.<br><hr>OCEAN WORLD LINES, INC.<br><br>Third-Party Plaintiff,<br><br>- against -<br><br>ANL CONTAINER LINE PTY LIMITED t/a ANL; ANL SINGAPORE PTE LTD.<br><br>Third-Party Defendants. | 07 Civ-6628<br><br><br>**REQUEST TO CLERK TO NOTE DEFAULT** |

SIRS:

PLEASE TAKE NOTICE that pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Defendant/Third-Party Plaintiff Ocean World Lines, Inc. requests that a notation of Default be entered against the Third-Party Defendants:

ANL Container Line PTY Limited t/a ANL

ANL Singapore PTE Ltd.

Said Third-Party Defendants have not answered the Complaint and the time for the Third-Party Defendants to Answer the Complaint has expired.

Third-Party Defendants were served through their general agent, Norton Lily International, Traffic Imports Department located at 1 Craigwood Road, South Plainfield, New Jersey 07090 upon Donald Traynor on September 12, 2007. Affidavit of Service for each Third-Party Defendant was filed via ECF with the Court on September 21, 2007.

Dated: New York, New York
      November 30, 2007

              CICHANOWICZ, CALLAN, KEANE,
              VENGROW & TEXTOR, LLP
              Attorneys for Defendant/Third-Party Plaintiff

              By: / s / Stephen H. Vengrow
                  Stephen H. Vengrow (SHV/3479)
              61 Broadway, Suite 3000
              New York, New York 10006
              (212) 344-7042

To:    Cozen O'Connor
       James F. Campise, Esq.
       Attorney for Plaintiff
       45 Broadway, 16th Floor
       New York, New York 10006
       (212) 509-9400

       Norten Lilly International
       One St. Louis Centre, Suite 3002
       Mobile, Alabama 36602
       Attn: Michael Ausmus
       Ref: ANL-030

- 3 -

## CERTIFICATE OF SERVICE BY ECF AND BY REGULAR U.S. MAIL

The undersigned declares under penalty of perjury that the following is true and correct:

1.   I am over the age of eighteen years and I am not a party to this action.

2.   On November 30, 2007, I served a complete copy of Defendant/Third-Party Plaintiff Ocean World Lines, Inc.'s **REQUEST TO CLERK TO NOTE DEFAULT** by ECF to the following attorneys at their ECF registered address and by regular U.S. mail at the following address:

>   Cozen O'Connor
>   James F. Campise, Esq.
>   Attorney for Plaintiff
>   45 Broadway, 16th Floor
>   New York, New York 10006
>   (212) 509-9400
>
>   Norten Lilly International
>   One St. Louis Centre, Suite 3002
>   Mobile, Alabama 36602
>   Attn: Michael Ausmus
>   Ref: ANL-030

                                    / s / Patrick Michael DeCharles, II
                                    Patrick Michael DeCharles, II (PMD/9984)

DATED:   November 30, 2007
         New York, New York