8991/SHV
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant Ocean World Lines, Inc.
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNDERWRITERS at LLOYDS a/s/o YOUNGLIN B&A CO., LTD.<br><br>　　　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>OCEAN WORLD LINES, INC.<br><br>　　　　　　　　　　Defendant.<br>―――――――――――――――――――<br>OCEAN WORLD LINES, INC.<br><br>　　　　　　　　　Third-Party Plaintiff,<br><br>　　- against -<br><br>ANL CONTAINER LINE PTY LIMITED t/a ANL; ANL SINGAPORE PTE LTD.<br><br>　　　　　　　　Third-Party Defendants. | 07 Civ-6628<br><br><br><br><br>**REVISED REQUEST TO CLERK TO <u>NOTE DEFAULT</u>** |

SIRS:

　　PLEASE TAKE NOTICE that pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Defendant/Third-Party Plaintiff Ocean World Lines, Inc. requests that a notation of Default be entered against the Third-Party Defendants:

　　　　ANL Container Line PTY Limited t/a ANL

　　　　ANL Singapore PTE Ltd.

Said Third-Party Defendants have not answered the Complaint and the Third-Party Complaint and the time for the Third-Party Defendants to Answer the Complaint and the Third-Party Complaint has expired.

Third-Party Defendants were served through their general agent, Norton Lily International, Traffic Imports Department located at 1 Craigwood Road, South Plainfield, New Jersey 07090 upon Donald Traynor on September 12, 2007. Affidavit of Service for each Third-Party Defendant was filed via ECF with the Court on September 21, 2007.

Dated: New York, New York
        November 30, 2007

                 CICHANOWICZ, CALLAN, KEANE,
                 VENGROW & TEXTOR, LLP
                 Attorneys for Defendant/Third-Party Plaintiff

                 By: / s / Stephen H. Vengrow
                     Stephen H. Vengrow (SHV/3479)
                 61 Broadway, Suite 3000
                 New York, New York 10006
                 (212) 344-7042


To:     Cozen O'Connor
        James F. Campise, Esq.
        Attorney for Plaintiff
        45 Broadway, 16th Floor
        New York, New York 10006
        (212) 509-9400

        Norten Lilly International
        One St. Louis Centre, Suite 3002
        Mobile, Alabama 36602
        Attn: Michael Ausmus
        Ref: ANL-030

- 3 -

CERTIFICATE OF SERVICE BY ECF AND BY REGULAR U.S. MAIL

The undersigned declares under penalty of perjury that the following is true and correct:

1.  I am over the age of eighteen years and I am not a party to this action.

2.  On November 30, 2007, I served a complete copy of Defendant/Third-Party Plaintiff Ocean World Lines, Inc.'s **REQUEST TO CLERK TO NOTE DEFAULT** by ECF to the following attorneys at their ECF registered address and by regular U.S. mail at the following address:

>   Cozen O'Connor
>   James F. Campise, Esq.
>   Attorney for Plaintiff
>   45 Broadway, 16th Floor
>   New York, New York 10006
>   (212) 509-9400
>
>   Norten Lilly International
>   One St. Louis Centre, Suite 3002
>   Mobile, Alabama 36602
>   Attn: Michael Ausmus
>   Ref: ANL-030

/ s / Patrick Michael DeCharles, II
Patrick Michael DeCharles, II (PMD/9984)

DATED:    November 30, 2007
          New York, New York