# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

The undersigned being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age. That on February 6, 2008, she caused to be served a true copy of the VERIFIED ANSWER by mailing a true and complete copy of same to the following attorneys at their indicated office addresses:

>Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
>Stephen H. Vengrow, Esq.
>61 Broadway, Suite 3000
>New York, NY  10006
>(212) 344-7042
>
>Cozen O'Connor
>James F. Campise, Esq.
>45 Broadway, 16th Floor
>New York, NY  10006
>(212) 509-9400

_____
Renee Kintzer

Sworn to before me this
6th day of February, 2008

_____
Notary Public

NEAL MITCHELL
Notary Public, State of New York
No. 01MI6114408
Qualified in New York County
Commission Expires Aug. 16, 20__

-7-

128269.00601/6613542v.1