BLANK ROME, LLP
Attorneys for Third-Party Defendants
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNDERWRITERS AT LLOYDS a/s/o YOUNGLIN B & A CO., LTD., <br><br> Plaintiff, <br><br> -against- <br><br> OCEAN WORLD LINES, INC., <br><br> Defendant. <br><br><br> OCEAN WORLD LINES, INC., <br><br> Third-Party Plaintiff, <br><br> -against- <br><br> ANL CONTAINER LINE PTY LIMITED t/a ANL; ANL SINGAPORE PTE LTD., <br><br> Third-Party Defendants. | Civil Case Number 07 Civ. 6628 <br><br> Judge Crotty <br><br><br><br> **F.R. CIV. P. RULE 7.1 STATEMENT** |

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Third-Party Defendants certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

128269.00601/6613547v.1

Date:  New York, New York
       February 5, 2008

                                        Respectfully submitted,

                                        BLANK ROME LLP

                                 By: _____
                                        Jeremy J.O. Harwood (JH 9012)
                                        405 Lexington Avenue
                                        The Chrysler Building
                                        New York, NY  10174
                                        (212) 885-5000
                                        *Attorneys for Third-Party Defendants*