## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK  )
                                      : ss.:
COUNTY OF NEW YORK  )

The undersigned being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age. That on February 6, 2008, she caused to be served a true copy of the VERIFIED ANSWER TO PLAINTIFF'S "SUMMONS WITH NOTICE" by mailing a true and complete copy of same to the following attorneys at their indicated office addresses:

> Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
> Stephen H. Vengrow, Esq.
> 61 Broadway, Suite 3000
> New York, NY 10006
> (212) 344-7042
>
> Cozen O'Connor
> James F. Campise, Esq.
> 45 Broadway, 16th Floor
> New York, NY 10006
> (212) 509-9400

_____
Renee Kintzer

Sworn to before me this
6th day of February, 2008

_____
Notary Public

NEAL MITCHELL
Notary Public, State of New York
No. 01MI6114408
Qualified in New York County
Commission Expires Aug 16, 20_08_

-7-

128269.00601/6613996v.1