**BLANK ROME LLP**
COUNSELORS AT LAW

Phone: (212) 885-5149
Fax: (917) 332-3720
Email: JHarwood@BlankRome.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 3 2008

February 13, 2008

**MEMO ENDORSED**

**BY FAX**

Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 735
New York NY 10007

    Re: Underwriters at Lloyds v. Ocean World Lines, Inc.
         Ocean World Lines, Inc. v. ANL Container Line Pty Limited
         07 Civ. 6628 - Request for Adjournment
         Our Ref. No. 128269-00601

Dear Judge Crotty:

We are attorneys for Third-Party Defendant ANL. The undersigned respectfully requests an adjournment of the pre-trial conference to accommodate a family vacation. In compliance with Your Honor's Rule E:

(1) Original Date: February 20, 2008
(2) No previous requests
(3) Not Applicable
(4) Adversaries consent
(5) Proposed alternative Conference dates:
    (a) February 28
    (b) March 5

**BLANK ROME** LLP
COUNSELORS AT LAW

February 13, 2008
Page 2

    (c)    March 6

Respectfully submitted,

*Jeremy J.O. Harwood*

JJH:rk

cc:  <u>By Fax</u>

Patrick Michael Decharles II, Esq.
Cichanowicz, Callan, Keane, Vengrow & Textor, LLP

James F. Campise, Esq.
Cozen O'Connor

Application GRANTED. The conference is adjourned to 2/28/08 at 3:30 PM in Courtroom 20-C

SO ORDERED: 2/13/08

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

128269.00601/6615319v.1