BLANK ROME LLP
Attorneys for Third-Party Defendants
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNDERWRITERS AT LLOYDS a/s/o YOUNGLIN B & A CO., LTD.,<br>    Plaintiff,<br><br>-against-<br><br>OCEAN WORLD LINES, INC.,<br>    Defendant.<br><br>OCEAN WORLD LINES, INC.,<br>    Third-Party Plaintiff,<br><br>-against-<br><br>ANL CONTAINER LINE PTY LIMITED t/a ANL; ANL SINGAPORE PTE LTD.,<br>    Third-Party Defendants. | 07 Civ. 6628 (PAC) |

**NOTICE OF MOTION UNDER 9 U.S.C. §§ 1 and 201
FOR AN ORDER COMPELLING ARBITRATION AND
FOR A STAY**

**PLEASE TAKE NOTICE THAT**, upon the accompanying memorandum of law, the Affidavit of Jeremy J.O. Harwood dated March 27, 2008 and all the exhibits thereto, Defendants ANL CONTAINER LINE PTY LIMITED t/a ANL and ANL SINGAPORE PTE LTD. (collectively "ANL") will move this Court before the Hon. Paul Crotty, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl

128269.00601/6626544v.1

Street, New York, New York for an Order pursuant to 9 U.S.C. §§ 1 and 201 compelling Singapore arbitration and for a stay.

PLEASE TAKE FURTHER NOTICE THAT, under Local Rule 6.1(c) of the United States District Courts for the Southern and Eastern Districts of New York and the Court's individual practice rules, oral argument will be heard if so directed by the Court or upon application and that oral argument is so requested.

Dated: New York, New York
April 9, 2008

        Respectfully submitted,

        BLANK ROME LLP
        ATTORNEYS FOR THIRD-PARTY
        DEFENDANTS

        By: /s/ Jeremy Harwood
        Jeremy J.O. Harwood (JH-9012)
        A Member of the Firm
        405 Lexington Avenue
        The Chrysler Building
        New York, NY  10174
        (212) 885-5000

128269.00601/6626544v.1