# EXHIBIT A

WB 5 95028604 8/03

**ANL**

P234WORFBSN2

OCEAN WORLD LINES INC. NORFOLK
1604 HILLTOP W. EXECUTIVE
CENTER #320 VIRGINIA BEACH, VA
23451 (USA) TEL. 757-422-9506
FAX 757-422-9740

Page 1/1

Consignee

PAEKTU SHIPPING CO., LTD.
9TH FLOOR, SAMKOO B/D,
70 SOGONG-DONG, CHUNG-GU
SEOUL, 100070 (KOREA)
TEL.8227567733 FAX 8227567730

Notify party

PAEKTU SHIPPING CO., LTD.
9TH FLOOR, SAMKOO B/D,
70 SOGONG-DONG, CHUNG-GU
SEOUL, 100070 (KOREA)
TEL.8227567733 FAX 8227567730

# NON NEGOTIABLE SEA WAYBILL

'This Waybill is issued subject to the CMI Uniform Rules for Sea Waybills.'
Received by the Carrier from the Shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units specified below for Carriage from the Place of Receipt or the Port of Loading (whichever applicable) to the Port of Discharge or the Place of Delivery (whichever applicable).

The Contract evidenced by this Waybill is subject to the terms of the Carrier's standard Bill of Lading terms and conditions (as stated on the reverse hereof) and applicable tariff, which are mutatis mutandis applicable to this Waybill (copies of which may be obtained from the Carrier or its authorised agent).

The contract evidenced by this Waybill is a contract of carriage as defined in Article 1 (b) of the Hague Visby Rules. However, this Waybill is not a document of title to the goods.

Delivery will be made to the Consignee named, or its authorised agent, on production of proof of identity at the Port of Discharge or the Place of Delivery (whichever applicable). Should the Consignee require a delivery to a party and/or to premises other than as shown in the "Consignee" box on the face of this Waybill, written instructions must be given by the Consignee to the Carrier or his agent. Unless the Shipper expressly waives its right to control the goods until delivery (by means of a clause on the face hereof), any instructions from the Consignee will be subject to any instruction to the contrary by the Shipper.

Unless instructed to the contrary by the Shipper prior to the commencement of Carriage (and noted accordingly on the face hereof) the Carrier will, subject to aforesaid terms and conditions, process cargo claims with the Consignee named in this Waybill. Any such claims settlement shall be a complete discharge of the Carrier's liability to the Shipper.

The Shipper hereby accepts these terms and conditions (including the Incorporated Bill of Lading and applicable tariff) on its own behalf and on behalf of the Consignee and the owner of the goods and the Shipper hereby authorises the Consignee to bring suit against the Carrier in its own name, but as agent of the Shipper and the Shipper warrants that it has authority so to accept and authorise. The Shipper further undertakes that no claim or allegation in respect of the Goods shall be made against the Carrier by any person other than in accordance with the terms and conditions of the Waybill.

| Pre-Carriage by | Place of receipt |
| | NORFOLK |

| Ocean Vessel | Voy. No. | Port of loading |
| CSCL NINGBO | PX234W | NORFOLK |

| Port of discharge | Place of delivery | Final Destination (for the Merchant's reference only) |
| BUSAN (EX PUSAN) | BUSAN (EX PUSAN) | BUSAN (EX PUSAN) |

| Marks & Numbers | Number of Containers or other Packages, Pieces or Units. | Description of Goods | Container Numbers CY/CY | Gross Weight KGS | Measurement M3 |
|---|---|---|---|---|---|
| ANL6512603 OUR REFERENCE: NO6S0035602Z OWL C-TPAT CERTIFICATE NO.: OCECON03256 EB06US034 | 1 X 40' DRY VAN CONTAINER STC: 20 BAGS SODIUM POLYACRYLATE (FAVOR SXM 7500) EXPRESS RELEASE FREIGHT PREPAID/DESTINATION CHARGES COLLECT ON BOARD: 22 MAY 2006 NO SED REQUIRED - AES XTN NO.: 630369800-DE1006-23744 | | ECMU4017689 S/38792 | 20820 | |

SHIPPER LOAD STOW AND COUNT
THESE COMMODITIES, TECHNOLOGY OR
SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH
THE EXPORT ADMINISTRATION
REGULATIONS. DIVERSION CONTRARY
TO U.S. LAW PROHIBITED.

PARTICULARS FURNISHED BY SHIPPER

**Total No. of Containers or Packages (in words)** One Container

| Freight and Charges | Revenue Tons | Rate | | Prepaid | | Collect |
|---|---|---|---|---|---|---|
| | 1.000 | 700.00 | CONTAINER | USD | 700.00 | |
| CARRIER SECURITY FEE | 1.000 | 6.00 | CONTAINER | USD | 6.00 | |
| TERMINAL HANDLING CHARGE | 1.000 | 137000.00 | CONTAINER | | | KRW 137000.00 |
| | | Total | | USD | 706.00 | |
| | | @ 1.0000 | | AUD | 912.72 | |
| | | Total Prepaid | | AUD | 912.72 | |

NORFOLK

CHARLESTON 22/05/2006

| | Prepaid at | Payable at | Place and date of issue |
|---|---|---|---|
| Ex. Rate | USD 706.00 | | FOR THE CARRIER |
| | Total prepaid in local currency | No. of original Waybill/s | ANL Singapore Pte Ltd |

SHIPPED on board the Vessel  NORFOLK at

On Date

By.........................................

By.........................................

A  0251173

SEE CONDITIONS ON REVERSE SIDE