# EXHIBIT B

# ANL Singapore Pte Ltd - Non Negotiable Sea Waybill

3.   (HAGUE-VISBY RULES, GOVERNING LAW AND JURISDICTION)

(1)   This Bill of Lading shall have effect subject to the provisions of any legislation giving effect to the Brussels Convention for the Unification of Certain Rules relating to Bills of Lading dated 25th August 1924 as amended by the Protocol made at Brussels on 23rd February 1968 (which rules are herein called "the Hague-Visby Rules") or to similar effect which is compulsorily applicable to the contract contained or evidenced herein (including the Carriage of Goods By Sea Act 1936 of the United States of America where so applicable).

(2)   In performing the contract contained or evidenced in this Bill of Lading insofar as it relates to the carriage of goods by sea within the meaning of the Hague-Visby Rules the Carrier shall be subject to the responsibilities and liabilities and entitled to the rights and immunities set forth in the Hague-Visby Rules.

(3)   Subject to Clause 3(5),

(a) This Bill of Lading and the contract contained or evidenced in this Bill of Lading shall be construed and applied according to and be governed by the laws of Singapore.

(b) Any dispute arising out of or in connection with this Bill of Lading, including any question regarding its existence, validity or termination, shall be referred to and finally resolved by arbitration in Singapore in accordance with the Arbitration Rules of Singapore International Arbitration Centre ("SIAC Rules") for the time being in force which rules are deemed to be incorporated by reference to this clause. The tribunal shall consist of one arbitrator to be appointed by the Chairman of the SIAC.

(4)   No provision of this Bill of Lading shall in any way deprive the Carrier of or derogate from rights, immunities or protection, or increase the responsibilities or liabilities which, in the absence of such provision, the Carrier would have under laws made applicable by the foregoing provisions or any other applicable laws in force in any place where any action or proceeding is brought by or against the Carrier in respect of a dispute or claim arising as aforesaid, or elsewhere;

(5)   If any provision of this Bill of Lading be to any extent repugnant to legislation hereby made applicable or other applicable laws in force in a place where any such action or proceeding is brought that provision shall to the extent only to which it is repugnant to such legislation and not further, be deemed not to form part of this Bill of Lading or the contract contained or evidenced herein, but in all other respects this Bill of Lading and such contract shall continue in full force and effect.