# EXHIBIT A

# BILL OF LADING

| Shipper / Exporter (2) | Booking No. (5) | Carrier Booking No. |
|---|---|---|
| STOCKHAUSEN INC.<br>2401 DOYLE STREET<br>GREENSBORO, NC 27406<br>U.S.A. | NO68003560ZZ | ANL6612603 |

**Export References (5)**
DE1006-23744
Ref.: P/U#13962331 / INVOICE NO: 2601188583
CUSTOMER PO NO: ORD06-0413

| Consignee (3) (Complete Name and Address) | Forwarding Agent - F.M.C. No (7) |
|---|---|
| TO ORDER OF INDUSTRIAL BANK OF KOREA | Page & Jones, Inc.   FMC#1587<br>62 North Jackson St.   CHB#2843<br>Mobile, AL 36602 |

**Point and Country of Origin (8)**
NC, US

| Notify Party / Address | Also Notify - Routing and Instructions (9) |
|---|---|
| NOTIFY APPLICANT:<br>YOUNGLIM B AND A CO., LTD.<br>7-2, GEUNGOK-RI, BAEKAM-MYUN,<br>YONGIN-CITY, KYUNGGI-DO KOREA | |

| Pre-Carriage by (12) | Place of Receipt by Pre-Carrier (13)<br>GREENSBORO | Contact for Cargo Release<br>Paektu Shipping Co., Ltd.<br>9th Fl. Samkoo B/D<br>70 Sogong-Dong, Chung-Gu<br>Seoul, 100070 (Korea)<br>Tel. +82-2-756-7733 Fax +82-2-756-7730 | OWL C-TPAT Certificate No<br>OCECON03256 |
|---|---|---|---|
| Vessel   Voyage No<br>CSCL Ningbo / 234W | Flag (14)  Port of Loading (15)<br>NORFOLK, VA. USA PORT | | |
| Port of Discharge (16)<br>BUSAN PORT, KOREA | Place of Delivery by On-Carrier (17) | | |

| Marks & Nos / Container Nos (18) | No./Pkgs. (19) | Description of Packages and Goods (20) | Gross Weight (21) | Measurement (22) |
|---|---|---|---|---|
| ECMU 401 768-9<br>Seal: 38792 | 1 | × 40' Dry Van Container said to contain:<br>COUNTRY OF ORIGIN: U.S.A.<br>CIF BUSAN<br>20 Bags SODIUM POLYACRYLATE<br>(FAVOR SXM 7500)<br>20,000 KG USD38,000.00<br>"FREIGHT PREPAID"<br>CLEAN ON BOARD MAY 22, 2006 CSCL NINGBO V. 234 AT<br>NORFOLK, VA. USA PORT<br>L/C #M04U5605NU00025<br>AES ITN No. : X20060519000043<br>AES XTN No.: 630389500-DE1006-23744<br>FCL/FCL Shippers Weight, Load, Stowage and Count<br>THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE<br>EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH<br>THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION<br>CONTRARY TO U.S. LAW PROHIBITED. | 45,899.77 Lbs.<br>=20,820 Kgs | |

**Freight and Charges payable at / by (24)**
Excess Valuation: Shipper declared Value U.S.$   not declared
Refer To Paragraph 10 On Reverse Side And To Rule 12 Of Carrier's Tariff

| Rates | Base | Prepayable | Collect |
|---|---|---|---|
| | | | |
| | | | |
| | TOTAL | | |

| Number of Original Bills of Lading | Place and Date of Issue |
|---|---|
| 3 / Three Original Bills of Lading | Norfolk, May 22, 2006 |

Copy - not negotiable

Ocean World Lines, Inc.

As Carrier

Dated: May 22, 2006   B/L No. NO68003560ZZ