# EXHIBIT B

Case 1:07-cv-06628-PAC   Document 19-3   Filed 04/18/2008   Page 2 of 2

**Shipper**
OCEAN WORLD INC. NORFOLK
1604 HILLTOP W. EXECUTIVE
CENTER #320 VIRGINIA BEACH, VA
23451 (USA) TEL. 757-422-9506
FAX 757-422-9740

**ANL**

P234WORFBSN2

**Consignee**
PAEKTU SHIPPING CO., LTD.
9TH FLOOR, SAMKOO B/D,
70 SOGONG-DONG, CHUNG-GU
SEOUL, 100070 (KOREA)
TEL.8227567733 FAX 8227567730

Page 1/1

# NON NEGOTIABLE SEA WAYBILL

"This Waybill is issued subject to the CMI Uniform Rules for Sea Waybills."
Received by the Carrier from the Shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units specified below for Carriage from the Place of Receipt or the Port of Loading (whichever applicable) to the Port of Discharge or the Place of Delivery (whichever applicable).
The Contract evidenced by this Waybill is subject to the terms of the Carrier's standard Bill of Lading terms and conditions (as stated on the reverse hereof) and applicable tariff, which are mutatis mutandis applicable to this Waybill (copies of which may be obtained from the Carrier or its authorised agent).
The contract evidenced by this Waybill is deemed to be a contract of carriage as defined in Article 1 (b) of the Hague Visby Rules. However, this Waybill is not a document of title to the goods.
Delivery will be made to the Consignee named, or its authorised agent, on production of proof of identity at the Port of Discharge or the Place of Delivery (whichever applicable). Should the Consignee require a delivery to a party and/or to premises other than as shown in the "Consignee" box on the face of this Waybill, written instructions must be given by the Consignee to the Carrier or his agent. Unless the Shipper expressly waives its right to control the goods until delivery (by means of a clause on the face hereof), any instructions from the Consignee will be subject to any instruction to the contrary by the Shipper.
Unless instructed to the contrary by the Shipper prior to the commencement of Carriage (and noted accordingly on the face hereof) the Carrier will, subject to aforesaid terms and conditions, process cargo claims with the Consignee named in this Waybill. Any such claims settlement shall be a complete discharge of the Carrier's liability to the Shipper.
The Shipper hereby accepts these terms and conditions (including the incorporated Bill of Lading and applicable tariff) on its own behalf and on behalf of the Consignee and the owner of the goods and the Shipper hereby authorises the Consignee to bring suit against the Carrier in its own name as agent of the Carrier and the Shipper warrants that it has authority so to accept and authorise. The Shipper further undertakes that no claim or allegation in respect of the Goods shall be made against the Carrier by any person other than in accordance with the terms and conditions of the Waybill.

**Notify party**
PAEKTU SHIPPING CO., LTD.
9TH FLOOR, SAMKOO B/D,
70 SOGONG-DONG, CHUNG-GU
SEOUL, 100070 (KOREA)
TEL.8227567733 FAX 8227567730

| Pre-Carriage by | Place of receipt NORFOLK |
|---|---|
| Ocean Vessel CSCL NINGBO | Voy. No. PX234W | Port of loading NORFOLK |
| Port of discharge BUSAN (EX PUSAN) | Place of delivery BUSAN (EX PUSAN) | Final Destination (for the Merchant's reference only) BUSAN (EX PUSAN) |

| Marks & Numbers | Number of Containers or other Packages, Pieces or Units. | Description of Goods | Container Numbers CY/CY | Gross Weight KGS | Measurement M3 |
|---|---|---|---|---|---|
| ANL6512603<br>OUR REFERENCE:<br>NO6S003560ZZ<br>OWL C-TPAT<br>CERTIFICATE NO.:<br>OCECON03256<br>EB06US034 | 1 X 40' DRY VAN CONTAINER STC:<br>20 BAGS<br>SODIUM POLYACRYLATE (FAVOR SXM 7500)<br><br>EXPRESS RELEASE<br>FREIGHT PREPAID/DESTINATION<br>CHARGES COLLECT<br>ON BOARD: 22 MAY 2006<br>NO SED REQUIRED - AES<br>XTN NO.: 630369800-DE1006-23744<br><br>SHIPPER LOAD STOW AND COUNT<br>THESE COMMODITIES, TECHNOLOGY OR<br>SOFTWARE WERE EXPORTED FROM THE<br>UNITED STATES IN ACCORDANCE WITH<br>THE EXPORT ADMINISTRATION<br>REGULATIONS. DIVERSION CONTRARY<br>TO U.S. LAW PROHIBITED. | | ECMU4017689<br>S/38792 | 20820 | |

PARTICULARS FURNISHED BY SHIPPER

**Total No. of Containers or Packages (in words)** One Container

| Freight Charges | Revenue Tons | Rate | | Prepaid | Collect |
|---|---|---|---|---|---|
| FREIGHT | 1.000 | 700.00 | CONTAINER | USD 700.00 | |
| CARRIER SECURITY FEE | 1.000 | 6.00 | CONTAINER | USD 6.00 | |
| TERMINAL HANDLING CHARGE | 1.000 | 137000.00 | CONTAINER | | KRW 137000.00 |
| | | Total | | USD 706.00 | |
| | | @ 1.0000 | | AUD 912.72 | |
| | | Total Prepaid | | AUD 912.72 | |

| Ex. Rate | Prepaid at NORFOLK<br>Total prepaid in local currency USD 706.00 | Payable at<br>No. of original Waybill/s | Place and date of issue CHARLESTON 22/05/2006<br>FOR THE CARRIER<br>ANL Singapore Pte Ltd |
|---|---|---|---|

SHIPPED on board the Vessel 22/05/2006 NORFOLK at

On Date By.................................. By..................................

A 0251173

SEE CONDITIONS ON REVERSE SIDE