BLANK ROME LLP
Attorneys for Third-Party Defendants
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY  10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNDERWRITERS AT LLOYDS a/s/o YOUNGLIN B & A CO., LTD., <br> Plaintiff, <br><br> -against- <br><br> OCEAN WORLD LINES, INC., <br><br> Defendant. <br><br> ———————————————————— <br><br> OCEAN WORLD LINES, INC., <br><br> Third-Party Plaintiff, <br><br> -against- <br><br> ANL CONTAINER LINE PTY LIMITED t/a ANL; ANL SINGAPORE PTE LTD., <br> Third-Party Defendants. | 07 Civ. 6628 (PAC) |

**REPLY MEMORANDUM OF LAW OF ANL CONTAINER LINE PTY LIMITED T/A ANL AND ANL SINGAPORE PTE LTD. IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND FOR A STAY**

*Jeremy J.O. Harwood*
*Blank Rome LLP*
*The Chrysler Building*
*405 Lexington Avenue*
*New York, NY  10175*
*212-885-5000*

128269.00601/6633483v.1

## PRELIMINARY STATEMENT

Defendants ANL CONTAINER LINE PTY LIMITED t/a ANL and ANL SINGAPORE PTE LTD. (collectively "ANL") submit this reply memorandum of law in support of its motion to compel arbitration and for a stay in response to the affidavit of Plaintiff's counsel dated April 18, 2008 ("Campiese Affidavit").

## ARGUMENT

### POINT I

**ANL IS ENTITLED TO RECOGNITION OF ITS ARBITRATION RIGHTS IRRESPECTIVE OF THE SUM IN DISPUTE**

Following the Court conference ANL was advised of the threat of sanctions if it sought to enforce its rights, recognized as a U.S. Treaty obligation.  The Supreme Court in Preston v. Ferrer, ___ U.S. ___, 128 S. Ct. 978, 169 L. Ed.2d 917 (2008) has recently provided a reminder of the policy favoring arbitration.

### POINT II

**THE CAMPIESE AFFIDAVIT FAILS TO ADDRESS THE GROUNDS FOR STAYING THE ENTIRE ACTION**

The Campiese Affidavit contains impermissible legal argument with addressing the grounds for staying the entire action. Louis Dreyfus Negoce S.A. v. Blystad Shipping & Trading, Inc., 88 F. Supp.2d 168 (S.D.N.Y. 2000) aff'd. 252 F.3d 218, 224 (2d Cir. 2001).

1

The Campiese Affidavit acknowledges that "Plaintiff was not in [contractual] priority with [ANL]" for which reason ANL was not originally named. Id., ¶ 11. Plaintiff fails to allege any cause of action against ANL.

## CONCLUSION

ANL respectfully requests that its motion to compel arbitration and to dismiss the complaint against it pursuant to 9 U.S.C. § 4 be granted; that a stay of the entire action be granted under 9 U.S.C. § 3 and for such other relief as may be equitable.

Dated: New York, New York
　　　 April 21, 2008

                              Respectfully submitted,

                              BLANK ROME LLP
                              Attorneys For Third-Party Defendants

                              By: _____
                              Jeremy J.O. Harwood (JH-9012)
                              A Member of the Firm
                              405 Lexington Avenue
                              The Chrysler Building
                              New York, NY  10174
                              (212) 885-5000

2